# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2759

_____

Deverick Scott

*Plaintiff    Appellant*

v.

Danny Burl, Warden, Tucker Max Unit, ADC; Aundrea F. Fitzgerald, Assistant
Warden, Tucker Max, Unit (originally named as Weekly); Carl E. Stout, Major,
Tucker Max, Unit; Richard Clark, Lieutenant, Tucker Max, ADC (originally
named as Clark); Cochoran; Angelah Kennedy, Sergeant, Tucker Max Unit, ADC
(originally named as Kennedy); Cornelius Christopher, Sergeant, Tucker Max
Unit, ADC (originally named as Christopher); Eddie Thompson, Corporal, Tucker
Max Unit, ADC (originally named as Thompson); Hunter Neal, Officer, Tucker
Max Unit, ADC (originally named as Neil); Crystal Neese, Officer, Tucker Max
Unit, ADC (originally named as Neese); Reena Harrison, Commissary Supervisor,
Tucker Max Unit, ADC (originally named as Harrison); Wendy Kelley, Director,
ADC (originally named as Kelly)

*Defendants    Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: March 27, 2020
Filed: April 1, 2020
[Unpublished]

_____

Before ERICKSON, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Deverick Scott, who is currently incarcerated at the Varner Super Max Unit of the Arkansas Department of Corrections (ADC), appeals the district court's[1] adverse grant of summary judgment in his civil rights action raising claims related to his prior incarceration at ADC's Maximum Security Unit.  Upon careful review of the record and the parties' arguments on appeal, we find no basis for reversal.  See Whitson v. Stone Cty. Jail, 602 F.3d 920, 923 (8th Cir. 2010) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

---

[1]The Honorable D.P. Marshall, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.